681 A.2d 744

**Erma J. LEWIS, Respondent,**

v.

**Donald E. LEWIS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of August, 1996, the within matter is remanded to the Superior Court for reargument in which the import of Exhibit D–7 is to be addressed.